O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO-SECOND TECHNOLOGY CO., LTD., a Taiwanese Corporation<br><br>          Plaintiff,<br><br>     v.<br><br>DYNAFLEX INTERNATIONAL, a California Corporation<br><br>          Defendant. | CV 10-9176 RSWL (MANx)<br><br>**ORDER Re: Defendant Dynaflex International's Ex Parte Application to Strike Plaintiff Nano-Second's Supplemental Declaration and for Sanctions [50]** |

    Before the Court is Defendant Dynaflex International's ("Defendant") Ex Parte Application to Strike Plaintiff Nano-Second's ("Plaintiff") Supplemental Declaration and for Sanctions [50]. Defendant requests that the Court strike a Supplemental Declaration that Plaintiff submitted four days before the Court's September 14, 2011 hearing on Plaintiff's Motion for Preliminary Injunction.  This Supplemental Declaration, however, was not pertinent to the Court's analysis on Plaintiff's Motion for Preliminary Injunction.  Accordingly Defendant's Ex Parte

1

1  Application to Strike Plaintiff Nano-Second's
2  ("Plaintiff") Supplemental Declaration is **DENIED AS**
3  **MOOT.**
4      Furthermore, the Court **DENIES** Defendant's request
5  for sanctions as the Court does not find that Plaintiff
6  acted in bad faith in filing the Supplemental
7  Declaration four days before the hearing.

10 DATED: October 25, 2011
11 **IT IS SO ORDERED.**

                                        RONALD S.W. LEW
                                    _____
                                    **HONORABLE RONALD S.W. LEW**
                                    Senior, U.S. District Court Judge

2