O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nano-Second Technology Co.,<br><br>Plaintiff,<br><br>v.<br><br>Dynaflex International and GForce Corporation d/b/a DFX Sports & Fitness,<br><br>Defendants | CV 10-9176 RSWL (MANx)<br><br>**ORDER Re: Joint Stipulation to Extend the Deadlines for Claim Construction and Expert Discovery [73]** |

On November 22, 2011, Plaintiff Nano-Second Technology Corporation and Defendants Dynaflex International and GForce Corporation filed the present Joint Stipulation to Extend the Deadlines for Claim Construction and Expert Discovery [73].

After considering all of the papers submitted on this matter, **THE COURT NOW FINDS AND RULES AS FOLLOWS:** The Court hereby **GRANTS** the parties' Joint Stipulation to Extend the Deadlines for Claim Construction and Expert Discovery.

///

1

1       Accordingly, it is HEREBY ORDERED that:
2  1.   Opening Claim Construction Briefs by each party
3       must be filed no later than December 7, 2011;
4  2.   Reply Claim Construction Briefs by each party must
5       be filed no later than December 21, 2011;
6  3.   The Markman Hearing will be held on January 10,
7       2012, at 10:00 a.m.;
8  4.   The parties' last day to serve Opening Expert
9       Reports will be February 6, 2012;
10 5.   The parties' last day to serve Rebuttal Expert
11      Reports will be March 9, 2012; and
12 6.   The Expert Discovery Cutoff will be April 13, 2012.
13
14 **IT IS SO ORDERED.**
15 DATED: November 29, 2011

RONALD S.W. LEW

---

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge

2