JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANO-SECOND TECHNOLOGY CO., LTD., a Taiwanese Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>DYNAFLEX INTERNATIONAL, a California Corporation; and GFORCE CORPORATION d/b/a DFX SPORTS & FITNESS, a Nevada corporation,<br><br>    Defendants.<br><br>DYNAFLEX INTERNATIONAL, a California Corporation,<br><br>    Counter-complainant,<br><br>    v.<br><br>NANO-SECOND TECHNOLOGY CO., LTD., a Taiwanese Corporation; RPM SPORTS, an Irish corporation; and YAHIGH LLC, a California Limited Liability Company,<br><br>    Counter-defendants. | Case No.: CV 10-09176-RSWL-MAN<br><br>Hon. Judge Ronald S. W. Lew<br><br>**ORDER OF DISMISSAL** |

///

///

The Court, having considered the Stipulation to Dismiss with Prejudice by and between Plaintiff and Counter-Defendant Nano-Second Technology Co., Ltd.; Defendant and Counter-Claimant, Dynaflex International, Inc. ("Dynaflex"); and Defendant GForce Corp., and by and between Counter-Claimant Dynaflex and Counter-Defendant Yahigh, LLC, and having considered Counter-Claimant Dynaflex's concurrently filed Notice of Dismissal of its counterclaims against RPM Sports, pursuant to Federal Rules of Civil Procedure 41(c), and good cause appearing,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff against Defendants, all counterclaims asserted by Defendants against Plaintiff, and all claims asserted by Counter-Claimant against Counter-Defendant Yahigh, LLC, in the above-captioned action are dismissed with prejudice in their entirety. This Order has no bearing on any future claim asserted by Dynaflex or GForce against Yahigh for trademark infringement for acts occurring after the date of the Stipulation.

IT IS FURTHER ORDERED that all claims asserted by Counter-Claimant against Counter-Defendant RPM Sports, in the above-captioned action are voluntarily dismissed without prejudice in their entirety.

Each party is to bear its own attorney's fees and costs.

All dates and pending applications are vacated. The Clerk shall close this case.

IT IS SO ORDERED.

DATED:  June 14, 2013

**RONALD S.W. LEW**
The Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge

ORDER
2